# Court of Appeals
# of the State of Georgia

ATLANTA,___March 28, 2013___

*The Court of Appeals hereby passes the following order:*

**A13A0864. WAYNE J. BLACKETT v. CITIMORTGAGE, INC.**

This appeal was docketed on December 26, 2012. To date, the appellant has not filed a brief as required by Court of Appeals Rule 23 (a). Accordingly, appellant's appeal is hereby dismissed pursuant to Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_03/28/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*